IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02183-MSK-MEH

STEPHEN LANE,

    Plaintiff,

v.

R.A. YOHN, Detective, and
THE CITY OF COLORADO SPRINGS,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 6, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #29**) and Granting the Defendants' Motion to Dismiss (**Doc. #21**), it is

ORDERED that the Recommendation of Magistrate Judge Hegarty (**Doc. #29**) is **ADOPTED**. The Defendants' Motion to Dismiss (**Doc. #21**) is **GRANTED** and all claims in this action are **DISMISSED** and the case is closed. It is further

ORDERED that the defendants are AWARDED their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 6th day September, 2013.

                                  ENTERED FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By: s/Edward P. Butler
                                  Edward P. Butler, Deputy Clerk